UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

United States Of America, et al.,

              Plaintiffs,              16-CV-4291 (LAK)

v.

New York City Department Of Education,
et al., et al.

              Defendant(s).
------------------------------x

Anthony Riccardo,

              Plaintiff,              16-CV-4891 (LAK)

v.

New York City Department of
Education, et al.

              Defendants.
------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      By letter dated January 14, 2020, counsel for plaintiff Anthony Riccardo informed the Court that his claims have been settled in principle. Accordingly, No. 16-CV-4291 (LAK) is dismissed as to Mr. Anthony Riccardo and No. 16-CV-4891(LAK) is dismissed, both with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, February 14, 2020 if the settlement is not executed by then.

      SO ORDERED.

Dated:      January 21, 2020

                                            Lewis A. Kaplan
                                    United States District Judge