UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

        Plaintiff,

    -against-                                    16-cv-4291 (LAK)

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.
------------------------------------------------x
LISA-ERIKA JAMES,

        Plaintiff,

    -against-                                    16-cv-4844 (LAK)

NEW YORK CITY DEPARTMENT OF EDUCATION et al.,

        Defendants.
------------------------------------------------x

## ORDER

        At the earliest possible time, the parties should submit to the Court a copy of the following documents in Microsoft Word or Word Perfect format:

- Proposed Verdict Form, 16-cv-4291, DI-140
- Defendants' Proposed Jury Instructions, 16-cv-4291, DI-149
- Plaintiffs' Proposed Requests to Charge, 16-cv-4291, DI-150

        SO ORDERED.

Dated:      January 28, 2020

                                                    Lewis A. Kaplan
                                              United States District Judge