```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
UNITED STATES OF AMERICA,

                        Plaintiff,

        -against-                                               16-cv-4291 (LAK)


NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendant.
------------------------------------------------x
LISA-ERIKA JAMES,

                        Plaintiff,

        -against-                                               16-cv-4844 (LAK)


NEW YORK CITY DEPARTMENT OF EDUCATION et al.,

                        Defendants.
------------------------------------------------x
```

**ORDER**

These actions are dismissed with prejudice and without costs on the terms and subject to the conditions to which the parties stipulated on the record on February 6, 2020.

SO ORDERED.

Dated:   February 7, 2020

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge